UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-20679-CIV-MARTINEZ-BROWN

PAUL A. SVENSEN, JR.,

    Plaintiff,

vs.

WILLIAM H. WOOD; MICHAEL KEISTER; SUSAN LEWIS; CHRISTOPHER K. DOSCHER; PAUL PARMAR; SAM ZAHARIS; STUART CAUFF; and JET FIRST, INC., a Florida corporation,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR NICHOLAS M. O'DONNELL TO APPEAR *PRO HAC VICE* AND ORDER PERMITTING NICHOLAS M. O'DONNELL TO RECEIVE ELECTRONIC FILINGS IN THIS CASE

THIS CAUSE came before the Court upon Defendant William H. Wood's Motion for Nicholas M. O'Donnell to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filings **(D.E. No. 9)**.  The Court has considered the motion and has been sufficiently advised.  It is hereby:

    **ORDERED AND ADJUDGED** that

Defendant William H. Wood's Motion for Nicholas M. O'Donnell to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filings **(D.E. No. 9)** is hereby **GRANTED**.  Designated local counsel, Lewis F. Murphy and Kimberly J. Donovan, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this

Court's orders and all applicable rules.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of April, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record